UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELIO LINARES, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

STUYVESANT GOURMET DELI & GROCERY CORP. (D/B/A STUYVESANT GOURMET DELI), STUYVESANT GOURMET DELI & GROCERY, INC. I (D/B/A STUYVESANT GOURMET DELI), and NUMAN HAUTER,

                *Defendants*.

1:22-cv- 07316-JPC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date: New York, New York
      January 31, 2023

_____
Mohammad Sawaeer, Esq.
**SAWAEER LAW OFFICE, PLLC**
6915 5th Ave, 2nd Floor
Brooklyn, NY 11209
*Attorneys for Defendants*

_____
Jarret T. Bodo, Esq.
**CSM LEGAL, P.C.**
60 East 42nd. St. Suite 2020
New York, NY 10165
*Attorneys for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), parties may file a stipulation of dismissal signed by all parties to dismiss an action without court order. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice). Moreover, the Court has confirmed with the parties at a status conference on February 7, 2023 that no settlement agreement as to Plaintiff's Fair Labor Standards Act claim has been reached. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

February 7, 2023
New York, New York

1



JOHN P. CRONAN
United States District Judge